

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

June 10, 2025

Clerk, United States District Court

_____ District of    Idaho (Boise)

550 West Fort Street, Room 400
Boise, ID 83724-0101

Re:    Transfer of Jurisdiction of Probation

Your Case No. _____ 1:23-cr-00163-BLW-2 _____

Assigned Our Case No. _____ 2:25-cr-00447-AB _____

Case Title: _____ United States of America vs. Alina OSORIO _____

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as
accepted by Judge <u>Dolly M. Gee, Chief Judge</u> .

Please forward to this district copies of the following documents:
1)    Indictment, Information, or Complaint
2)    Judgment and Probationary Order
3)    If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/
or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above.  Please include this case number in all
future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been
denied by Judge _____ .

Sincerely,

Clerk, U.S. District Court

By   /s/ E. Synagogue _____
Deputy Clerk   Evelyn_Synagogue@cacd.uscourts.gov

cc:    Probation Office, Central District of California
Probation Office, District of Origin